POST, POLAK, GOODSELL, MACNEILL & STRAUCHLER, P.A.
425 EAGLE ROCK AVENUE – SUITE 200
ROSELAND, NEW JERSEY 07068-1717
(973) 228-9900
Attorneys for Defendants, Essex County Prosecutor's Office and Justin Edwab, A.P.
Our File No. 3703.00022

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| RODNEY JONES, | Civil Action Number: 11-160 (PGS)(ES) |
|---|---|
| Plaintiff, | |
| vs. | |
| NEWARK POLICE DEPARTMENT, CITY OF NEWARK, ESSEX COUNTY PROSECUTOR'S OFFICE, OFFICER VERON BRADBURY, OFFICER ADAM BERGER, JUSTIN EDWAB, A.P., JOHN DOES I-XII | **CONSENT ORDER VACATING DEFAULT AND AFFORDING DEFENDANTS ESSEX COUNTY PROSECUTOR'S OFFICE AND JUSTIN EDWAB, A.P. TWENTY-ONE DAYS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| Defendants. | |
| | Document Filed Electronically |

THIS MATTER having been brought before this Court on application by Post, Polak, Goodsell, MacNeill & Strauchler, P.A., attorneys for defendants Essex County Prosecutor's Office and Justin Edwab, A.P. for an Order vacating default and affording defendants Twenty-One (21) days to answer or otherwise respond to

{00214211.1}

plaintiff's complaint; and Jeffrey Kampf, Esq., counsel for plaintiff having consented hereto, and good cause having been shown;

IT IS on this 6th day of July, 2011

**ORDERED**:

1. That default against defendants Essex County Prosecutor's Office and Justin Edwab, A.P. is hereby VACATED;

2. That defendants shall have twenty-one (21) days from the date of this order to answer or otherwise respond to plaintiff's Complaint; and

3. That a copy of the within Order be served upon all counsel within 5 days from the date hereof.

*s/Claire C. Cecchi*
Hon. Claire C. Cecchi, U.S.D.J.

{00214211.1}

I consent to the form and entry
of the forgoing Order.

JAY & KAMPF, LLC


/s/ Jeffrey T. Kampf
Jeffrey Kampf, Esq.
Attorney for Plaintiff, Rodney Jones

POST, POLAK, GOODSELL, MacNEILL
& STRAUCHLER, P.A.

/s/ Frederick B. Polak
Frederick B. Polak, Esq.
Attorneys for Defendants, Essex County
Prosecutor's Office and Justin Edwab, A.P.

{00214211.1}